**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Sam Sheikali

Plaintiff,

v.

Case No.: 1:26−cv−04615
Honorable Steven C. Seeger

Doron Korinow, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 19, 2026:

MINUTE entry before the Honorable Steven C. Seeger: The motion for leave to submit supplemental authority [26] is hereby granted. The Court reviewed the status report about the identities of the two Jane Doe defendants. Plaintiff must file a status report within two weeks, and must make diligent efforts to identify and serve those defendants. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.